# Exhibit A

# Nondisclosure/Secrecy Agreement for Sharing of Project Information

Agreement, entered into as of this day of 01 , JAN  2013, between Treasure Island Media, San Francisco (hereinafter referred to as "TIM") and JEFFREY SMITH (hereinafter referred to as the "Recipient"):

*Whereas*, TIM has developed and is developing information, concepts, ideas. practices and/or designs which TIM deems confidential (hereinafter referred to as the "Information"); and

*Whereas*, the Recipient, as a participant in the business affairs of TIM, will have access to part or all of the Information; and

*Whereas*, TIM needs to disclose part or all of the Information to the Recipient in order to further the needs of the company;

*Now, therefore*, in consideration of the foregoing premises and the mutual covenants hereinafter set forth and other valuable considerations, the parties hereto agree as follows:

1. Disclosure

TIM shall disclose to the Recipient the Information, which concerns various aspects of the business in its current concerns and ongoing development.

2. Purpose

Recipient agrees that this disclosure will be used solely for the benefit of TIM.

3. Limitation on Use

Recipient agrees not to use, disclose or otherwise make use of or appropriate the Information in any way whatsoever. Nothing contained in the agreement shall be deemed to give the Recipient any rights whatsoever in and to the Information.

4. Confidentiality

Recipient understands and agrees that unauthorized disclosure of the Information by the Recipient to others would damage TIM and its partners irreparably. As consideration and in return for the disclosure of this Information, the Recipient shall keep secret and hold in confidence all such Information and treat the Information as if it were the Recipient's own property by not disclosing it in part or in its entirety to any person or entity whether in a commercial or private (social) context.

5. Contractual Period

This agreement shall remain binding for a period of ten years from the date of signature, regardless of the Recipient's ongoing relationship with TIM.

6. Miscellany

This Agreement shall be binding upon and shall inure to the benefit of the parties and their respective legal representatives, successors and assigns. *In witness thereof*, the parties have signed this Agreement as of the date first set forth above.

TIM Authorized Signature _____

Recipient Name (printed) JEFFREY SMITH

Recipient Authorized Signature _____