| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER 4158467571 | FOR COURT USE ONLY |
|---|---|---|
| Jeffrey Smith 520 West 43rd Apt 18C New York NY 10036 ATTORNEY FOR Self Represented | Ref. No. or File No. SysGen | FILED 2014 APR 22 P 2: 45 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO 450 Golden Gate Ave San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE: Treasure Island Media v. Smith, Jeffrey R. | | |
| INVOICE NO. 969683 | DATE: TIME: DEP./DIV. | CASE NUMBER: 3:14-cv-01007-EDL |

United States District Court
Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Notice of Motion and Motion to Transfer Venue and Memorandum of Points and Authorities Thereof, Declaration of Jeffrey R. Smith in Support of Motion to Transfer Venue, (Proposed) Order Granting Motion to Transfer Venue;

On: Harvey Siskind LLP

At: 4 Embarcadero
San Francisco, CA 94111

In the above named action by delivering to and leaving with

Cindy Lee
Whose title is: Legal Assistant

On: 4/16/2014        At: 02:20 PM

Fees Paid: 0.00

Person who served papers
 a. Name: Paul Norman
 b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
 c. Telephone number: 909-664-9565
 d. The fee for this service was: 140.00
 e. I am:
 (3) [X] CA process server:
     (i)[X] Independent Contractor
     (ii) Registration No.: 1135
     (iii) County: Santa Clara

CONTINUED ON NEXT PAGE

Declaration of Service

| PLAINTIFF/PETITIONER: Treasure Island Media | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Jeffrey R. Smith | 3:14-cv-01007-EDL |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/18/2014

Paul Norman

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14

*Paul Norman* (signature)

**Declaration of Service**