```
 1  HARVEY SISKIND LLP
    IAN K. BOYD (SBN 191434)
 2  iboyd@harveysiskind.com
    DONALD A. THOMPSON (SBN 260076)
 3  dthompson@harveysiskind.com
    JANE A. LEVICH (SBN 293299)
 4  jlevich@harveysiskind.com
 5  Four Embarcadero Center, 39th Floor
    San Francisco, California 94111
 6  Tel: (415) 354-0100
    Fax: (415) 391-7124
 7
 8  Attorneys for Plaintiff
    TREASURE ISLAND MEDIA, INC.
 9
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| TREASURE ISLAND MEDIA, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>JEFFREY R. SMITH, an individual,<br><br>Defendant. | Case No. 14-CV-01007-EDL<br><br>**DECLARATION OF MATT MASON IN OPPOSITION TO MOTION TO TRANSFER VENUE** |
|---|---|

I, Matt Mason, declare as follows:

1. I am the General Manager of Treasure Island Media, Inc. ("TIM"), Plaintiff in *Treasure Island Media, Inc. v. Jeffrey R. Smith*, Case No. 3:14-CV-01007-EDL. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would testify competently as to the facts stated herein.

2. I am signing this declaration under the name Matt Mason, a name that I assumed upon joining TIM. Matt Mason is not my legal name, but it is the name by which I am known in all TIM-related activities, and consumers associate that name with TIM.

3. TIM is headquartered in San Francisco, California. The majority of the company's employees work in the San Francisco office. TIM maintains a small, satellite office in New York, New York. Only six employees work in TIM's New York satellite office.

4. A vast majority of the witnesses, records, and other evidence significant to this dispute is located in San Francisco, California. Around ten TIM employees located in San Francisco will likely be called as witnesses in this dispute. Moreover, all of TIM's corporate records are located in San Francisco. It would be a significant inconvenience to transport these TIM witnesses and records from San Francisco to New York. The inconvenience is especially severe since TIM has already suffered a significant loss in revenue and assets from Defendant's theft of property, misappropriation of trade secrets, cyberpiracy, and other unlawful conduct.

5. TIM also intends to call around ten non-party witnesses in this dispute, all of whom all are also located in California. It would be a significant inconvenience for these non-party witnesses to travel to New York to testify.

6. Defendant Jeffrey R. Smith ("Smith), goes by Ryan Smith on his social media accounts, including on Facebook. Attached as Exhibit A are recent screenshots of Smith's Facebook

page. According to these screenshots, Smith traveled to California as recently as last week to socialize in Los Angeles and Palm Springs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

This declaration is executed on April 28, 2014, in San Francisco, California.

_/s/ Matt Mason_

**Matt Mason**

**EXHIBIT A**



-3-

MATT MASON DECL. IN OPPOSITION TO MOTION TO TRANSFER    Case No. 14-CV-01007-EDL



MATT MASON DECL. IN OPPOSITION TO MOTION TO TRANSFER    Case No. 14-CV-01007-EDL