HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
iboyd@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff
TREASURE ISLAND MEDIA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TREASURE ISLAND MEDIA, INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>JEFFREY R. SMITH, an individual,<br><br>             Defendant. | Case No. C 14-01007 EDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date:    June 3, 2014<br>Time:            9:00 a.m.<br>Courtroom:       E, 15th Floor<br>Judge:           Hon. Elizabeth D. Laporte |

1

**REQUEST FOR JUDICIAL NOTICE**

2        Pursuant to Rule 201(b) of the Federal Rules of Evidence, Plaintiff Treasure Island Media,

3   Inc. ("Plaintiff" or "TIM") hereby requests that the Court take judicial notice of the document

4   attached as Exhibit A, which is Certificate of Registration No. 4,496,999 issued by the U.S. Patent &

5   Trademark Office ("USPTO") for the service mark MITCH MASON in International Class 41.  This

6   request is made in connection with TIM's opposition to Defendant's motion to transfer venue.

7        A court may take judicial notice of facts that are not subject to reasonable dispute because

8   they are either generally known or capable of accurate and ready determination.  Fed. R. Evid.

9   201(b).  Here, Exhibit A is subject to judicial notice because records and reports of administrative

10   bodies are judicially noticeable.  *Interstate Natural Gas Co. v. Southern California Gas Co.,* 209 F.2d

11   380, 385 (9th Cir. Cal. 1953).  Specifically, courts may take judicial notice of U.S. trademark

12   registrations and administrative actions of the USPTO.  *Metro Pub. v. San Jose Mercury News*, 987

13   F.2d 637, 641 (9th Cir. Cal. 1993) (stating that trademark registrations on the principal register fall

14   within the category of evidence that is judicially noticeable under Federal Rules of Evidence

15   201(b)(2)); *Humboldt Wholesale, Inc. v. Humboldt Nation Distrib., LLC*, 2011 U.S. Dist. LEXIS

16   141293, *1, 3 (N.D. Cal. Dec. 8, 2011) (taking judicial notice of U.S. trademark registrations and

17   USPTO office action); *Green Prods. Co. v. Black Flag Brands LLC*, 2010 U.S. Dist. LEXIS 109592,

18   *1, 3 (N.D. Cal. 2010) (taking judicial notice of U.S. trademark registration and corresponding

19   administrative record).

20        Accordingly, Plaintiff respectfully requests that this Court take judicial notice of Exhibit A.

21

22   Dated: April 29, 2014                    Respectfully submitted,

23                                            HARVEY SISKIND LLP
                                             IAN K. BOYD
24                                            DONALD A. THOMPSON

25                                            By:    /s/ Ian K. Boyd

26
                                             Attorneys for Plaintiff
27                                            TREASURE ISLAND MEDIA, INC.

28

REQUEST FOR JUDICIAL NOTICE                                        Case No. C 14-01007 EDL

# Exhibit A

# United States of America

## United States Patent and Trademark Office

# MITCH MASON

**Reg. No. 4,496,999**

**Registered Mar. 18, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TREASURE ISLAND MEDIA, INC. (CALIFORNIA CORPORATION)
2261-R MARKET STREET, #435
SAN FRANCISCO, CA 94114

FOR: PROVIDING ONLINE JOURNALS, NAMELY, BLOGS IN THE FIELD OF ADULT EN-
TERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "MITCH MASON" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 85-826,306, FILED 1-17-2013.

JEFF DEFORD, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**