1  JEFFREY R. SMITH
   520 WEST 43rd STREET, APARTMENT 18C
2  NEW YORK, NEW YORK 10036
   (916)292-8841
3  REDSF@ME.COM

4  Pro Se *Defendant*

RECEIVED 2014 MAY 14 P 4:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*San Francisco*

| | |
|---|---|
| TREASURE ISLAND MEDIA, INC., A California corporation, Plaintiff, vs. JEFFREY R. SMITH, an individual and resident of the State of New York, Defendant. | Case Number: 3:14-cv-01007-EDL <br><br> [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING <br><br> DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: |

The Court has considered the Defendant's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED

IT IS SO ORDERED.

Date: May 15, 2014                [Judge's signature]: *Elizabeth D. Laporte*

                                  [Judge's name]: Elizabeth D. Laporte

                                  United States ~~District~~/Magistrate Judge

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING
CASE NO.: 3:14-cv-01007-EDL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREASURE ISLAND MEDIA INC, | Case Number: CV14-01007 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JEFFREY R SMITH et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey R. Smith
520 West 43rd Street
Apartment 18C
New York, NY 10036

Dated: May 15, 2014        FOR THE COURT,
                           Richard W. Wieking, Clerk

                           By: /s/ Stephen Ybarra
                                Deputy Clerk