1  JEFFREY R. SMITH
   520 WEST 43rd STREET, APARTMENT 18C
2  NEW YORK, NEW YORK 10036
   (916)292-8841
3  REDSF@ME.COM

4  Pro Se *Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*San Francisco*

| | |
|---|---|
| TREASURE ISLAND MEDIA, INC., __ | Case Number: 3:14-cv-01007-EDL |
| a California corporation | **ANSWER** |
| Plaintiff, | |
| vs. | JUDGE: Hon. ELIZABETH D. LAPORTE |
| JEFFREY R. SMITH, an individual and Resident of the State of New York | |
| Defendant. | |

Defendant **denies** each and every allegation in the Complaint.

WHEREFORE, Defendant(s) demand(s); That the Court enter judgment dismissing the Complaint;

Respectfully submitted,

Date:   July 7th, 2014          Signature: _[signature]_

Printed Name: Jeffrey R. Smith

Per Se Defendant

DEFENDANTS ANSWER TO PLAINTIFFS SUMMONS          ; CASE NO.: 3:14-cv-01007-EDL

Page 1 of 1